IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD NICHOLS**  **PLAINTIFF**
*ADC #112196*

v.                CASE NO. 4:24-cv-00853-BSM

**MIKE KONADLE,** *et al.*  **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's recommended disposition [Doc. No. 7] is adopted. For the reasons stated in the recommended disposition, Richard Nichols's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that dismissal of this action count as a strike within the meaning of 28 U.S.C. § 1915(g). It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

1