IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD NICHOLS**                                                                           **PLAINTIFF**
*ADC #112196*

v.                      CASE NO. 4:24-cv-00853-BSM

**MIKE KONADLE,** *et al.*                                                   **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of April, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE

1